**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-01632-LTB-BNB

JEFFREY WASHINGTON,

       Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to Vacate and Reset Trial Date (Doc 37 - filed January 12, 2015) is **GRANTED**. The trial set **April 13, 2015 is VACATED**.

      A trial preparation conference is set **March 13, 2015,** which conference is still scheduled to be held and at which time a new trial date will be set.

Dated:   February 2, 2015