IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 13-cv-01632-LTB-NYW

JEFFREY WASHINGTON,

    Plaintiff,

v.

BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER,

    Defendant.

---

**ORDER**

---

    As set forth on the record at the hearing held on March 13, 2015, IT IS HEREBY ORDERED that

    1. A five-day jury trial is set to commence on Monday, June 1, 2015 at 9:00 a.m.;

    2. A trial preparation conference shall be held on Tuesday, May 26, 2015 at 9:00 a.m.;

    3. The parties shall file updated witness lists; updated exhibit lists reflecting any stipulations regarding admissibility and authenticity; trial briefs highlighting any evidentiary issues; proposed voir dire questions; and a single set of annotated jury instructions on or before May 21, 2015.

Dated: March __13__, 2015 in Denver, Colorado.

                                              BY THE COURT:

                                               s/Lewis T. Babcock
                                               LEWIS T. BABCOCK, JUDGE