IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Action No. 13-cv-01632-LTB-NYW

JEFFREY WASHINGTON,

    Plaintiff,

v.

BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER,

    Defendant.

---

STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED this  3rd  day of June, 2015.

BY THE COURT:

_____
Lewis T. Babcock, Judge

APPROVED AS TO FORM:

_____  
ATTORNEY FOR PLAINTIFF

_____  
ATTORNEY FOR DEFENDANT