ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1632-LTB-NYW

JEFFERY WASHINGTON,

Plaintiff,

v.

BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER,

Defendant.

---

VERDICT FORM

---

We, the jury, hereby unanimously answer the following questions:

**PART A.**

1. Has the Plaintiff, Jeffery Washington, proven by a preponderance of the evidence his claim that the Defendant, the Board of Trustees of Metropolitan State University of Denver, discriminated against him on the basis of race?

_______ Yes ___✓___ No

**If your answer to Question No. 1 is "No," go to Part B of this verdict form and sign Part B only. Do not answer any further questions under Part A. If your answer above is "Yes," proceed to Question 2 below.**

2. What amount of money will reasonably and fairly compensate Plaintiff for the damages he has suffered due to the Defendant's conduct?

$ ____________

PLEASE DATE AND SIGN VERDICT FORM.

Dated: 6/4/15

_____________________ _____________________

Foreperson

_____________________ _____________________

_____________________ _____________________

_____________________ _____________________

_____________________

**PART B.**

We, the jury, hereby find for the Defendant, the Board of Trustees of Metropolitan State University of Denver, and against the Plaintiff, Jeffery Washington, on his claim of discrimination based on race.

Juror Names Redacted

[redacted]